1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   DONALD GREEN,                          Civil No.    10-2516 JLS (JMA)
12                           Petitioner,
                                            **ORDER DENYING IN FORMA**
13                 v.                       **PAUPERIS APPLICATION AND**
                                            **DISMISSING CASE WITHOUT**
14   STATE OF CALIFORNIA BOARD OF           **PREJUDICE**
     PAROLE HEARINGS,
15                           Respondent.
16

17          Petitioner, a state prisoner proceeding pro se has filed a Petition for Writ of Habeas

18   Corpus pursuant to 28 U.S.C. § 2254.

19              <u>**APPLICATION TO PROCEED IN FORMA PAUPERIS**</u>

20          Petitioner has not paid the $5.00 filing fee and has filed a request to proceed in forma

21   pauperis which reflects a $21.31 balance in his prison trust account.  The filing fee associated

22   with this type of action is $5.00.  <u>See</u> 28 U.S.C. § 1914(a).  It appears Petitioner can pay the

23   requisite filing fee.  Accordingly, the Request to Proceed In Forma Pauperis is **DENIED.**

24              <u>**FAILURE TO NAME PROPER RESPONDENT**</u>

25          Review of the Petition reveals that Petitioner has failed to name a proper respondent.  On

26   federal habeas, a state prisoner must name the state officer having custody of him as the

27   respondent.  <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996) (citing Rule 2(a), 28

28

1    U.S.C. foll. § 2254).  Federal courts lack personal jurisdiction when a habeas petition fails to
2    name a proper respondent.  See id.

3        The warden is the typical respondent.  However, "the rules following section 2254 do not
4    specify the warden."  Id.  "[T]he 'state officer having custody' may be 'either the warden of the
5    institution in which the petitioner is incarcerated . . . or the chief officer in charge of state penal
6    institutions.'"  Id. (quoting Rule 2(a), 28 U.S.C. foll. § 2254 advisory committee's note).  If "a
7    petitioner is in custody due to the state action he is challenging, '[t]he named respondent shall
8    be the state officer who has official custody of the petitioner (for example, the warden of the
9    prison).'"  Id. (quoting Rule 2, 28 U.S.C. foll. § 2254 advisory committee's note).

10       A long standing rule in the Ninth Circuit holds "that a petitioner may not seek [a writ of]
11   habeas corpus against the State under . . . [whose] authority . . . the petitioner is in custody.  The
12   actual person who is [the] custodian [of the petitioner] must be the respondent."  Ashley v.
13   Washington, 394 F.2d 125, 126 (9th Cir. 1968).  This requirement exists because a writ of
14   habeas corpus acts upon the custodian of the state prisoner, the person who will produce "the
15   body" if directed to do so by the Court.  "Both the warden of a California prison and the Director
16   of Corrections for California have the power to produce the prisoner."  Ortiz-Sandoval, 81 F.3d
17   at 895.

18       Here, Petitioner has incorrectly named "The State of California Board of Parole
19   Hearings," as Respondent.  In order for this Court to entertain the Petition filed in this action,
20   Petitioner must name the warden in charge of the state correctional facility in which Petitioner
21   is presently confined or the Director of the California Department of Corrections.  Brittingham
22   v. United States, 982 F.2d 378, 379 (9th Cir. 1992) (per curiam).
23   //
24   //
25   //
26   //
27   //
28   //

1

## CONCLUSION AND ORDER

2          In light of the above, the Court **DENIES** the request to proceed in forma pauperis, and

3   **DISMISSES** the case without prejudice.  To have the case reopened,  Petitioner may submit a

4   copy of this order along with the requisite fee AND a First Amended Petition which cures the

5   pleading deficiencies noted above **no later than February 22, 2011**.  *The Clerk of Court is*

6   *directed to send Petitioner a blank First Amended Petition form.*

7          **IT IS SO ORDERED.**

8

9   DATED:  December 20, 2010

10                                                                    *Janis L. Sammartino*
                                                     _____
                                                     Honorable Janis L. Sammartino
11                                                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28